IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL L. MCCLAIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>LYNNAE L. L. LEE, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD YIN SUNG LEE, ALSO KNOWN AS RICHARD Y. S. LEE AND RICHARD LEE,<br><br>  Defendant. | CIVIL NO. _____<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that the foregoing Notice of Removal of *McClain v. Lee*, Civil No. 1CCV-24-905, pending in the Circuit Court of the First Circuit of the State of Hawaii, was filed with the United States District Court for the District of Hawaii.

[Signature page follows]

DATED: Honolulu, Hawaii, October 2, 2024.

DAMON KEY LEONG KUPCHAK HASTERT

*/s/ Ross Uehara-Tilton*

_____
ROSS UEHARA-TILTON
CASEY T. MIYASHIRO

Attorneys for Defendant
LYNNAE L. L. LEE,
Personal Representative

880243

2