Of Counsel
DAMON KEY LEONG KUPCHAK HASTERT
A Law Corporation

ROSS UEHARA-TILTON 10743-0
rut@hawaiilawyer.com
CASEY T. MIYASHIRO   11145-0
ctm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Defendant
  LYNNAE L. L. LEE,
  Personal Representative

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL L. MCCLAIN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LYNNAE L. L. LEE, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD YIN SUNG LEE, ALSO KNOWN AS RICHARD Y. S. LEE AND RICHARD LEE,<br><br>　　　　　Defendant. | CIVIL NO. _____<br><br>**APPENDIX TO DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION; EXHIBITS "1" – "16"** |

**APPENDIX TO DEFENDANT'S
<u>NOTICE OF REMOVAL OF CIVIL ACTION</u>**

Pursuant to 28 U.S.C. § 1446(a), this Appendix and the accompanying Exhibits are being filed concurrently with *Defendant's Notice of Removal of Civil Action*, and consist of (1) the docket index generated using data from the Hawaii Judiciary Information Management System, and (2) copies of all pleadings, orders, and other papers and exhibits filed in the underlying State Court proceeding and corresponding to the docket index.

The attached exhibits include placeholders for text-only docket entries with no associated documents.

DATED: Honolulu, Hawaii, October 2, 2024.

DAMON KEY LEONG KUPCHAK HASTERT

*/s/ Ross Uehara-Tilton*
_____
ROSS UEHARA-TILTON
CASEY T. MIYASHIRO

Attorneys for Defendant
LYNNAE L. L. LEE,
Personal Representative

880263