# PRINTABLE CASE VIEW

**Generated:** 27-SEP-2024 02:51 PM

**Search Criteria: Case ID or Citation Number: 1CCV-24-0000905**

**1 record(s) total**

| | |
|---|---|
| **Case ID:** 1CCV-24-0000905 - McClain v. Lee<br>**Type:** CV - Circuit Court Civil<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 24-Sep-2024 | **Filing Date:** TUESDAY, JULY 9, 2024<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | Nakahara, Branden T | | Plaintiff | @6572446 | McClain, Michael L |
| 2 | McClain, Michael L | | Attorney | A11579 | Nakahara, Branden T |
| 3 | Lee, Lynnae Lai Lan | | Defendant | @6572447 | Lee, Lynnae L.L. |
| 4 | | | Other | D1C04 | First Circuit Court 4th Division |
| 5 | | | Personal Representative | @1961068 | Lee, Lynnae Lai Lan<br>*Lee, Lynnae*<br>*Lee, Lynnae L L* |
| 6 | Lee, Lynnae L.L. | | Attorney | A7787 | Lee, Lynnae Lai Lan |

**Bail / Bond Information**

No Bails were found.

**Events**

No Case Events were found.

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|

| 1 | 07/09/2024 | Civil Information Sheet<br>EFile Document upload of type Civil Information Sheet | CIVIL INFORMATION SHEET | Michael L McClain - Plaintiff | Nakahara, Branden T |
|---|---|---|---|---|---|
| 2 | 07/09/2024 | Complaint<br>EFile Document upload of type Complaint | COMPLAINT | Michael L McClain - Plaintiff | Nakahara, Branden T |
| 4 | 07/09/2024 | Payment Due to Court | | Branden T Nakahara - Attorney | |
| 6 | 07/09/2024 | Summons<br>EFile Document upload of type Summons | SUMMONS | Michael L McClain - Plaintiff | Nakahara, Branden T |
| 8 | 07/09/2024 | New Case Assignment<br>CASE ASSIGNED TO THE 4TH DIVISION, HONORABLE JOHN M TONAKI, JUDGE PRESIDING | | Michael L McClain - Plaintiff<br>Lynnae L Lee - Defendant<br>First Circuit Court 4th Division - Other | |
| 10 | 07/22/2024 | Payment<br>Payment by Credit Card-Civil in the amount of $315.00 by Nakahara, Branden T. | | Branden T Nakahara - Attorney | |
| 11 | 09/13/2024 | Service-Return/Acknowledgement (RE: LYNNAE L. L. LEE, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD YIN SUNG LEE ALSO KNOWN AS RICHARD Y. S. LEE AND RICHARD LEE) | RETURN AND ACKNOWLEDGMENT OF SERVICE | Michael L McClain - Plaintiff | Nakahara, Branden T |
| 13 | 09/23/2024 | ANSWER TO COMPLAINT<br>EFile Document upload of type ANSWER TO COMPLAINT | Answer to Complaint | Lynnae L Lee - Defendant | Lee, Lynnae L.L. |
| 15 | 09/23/2024 | Notice of Adding Parties | | All Case Parties | |
| 16 | 09/24/2024 | Notice of Adding Parties | | All Case Parties | |