**Form 2-A.        CIVIL INFORMATION SHEET**

| STATE OF HAWAIʻI<br>CIRCUIT COURT OF THE<br>___FIRST___ CIRCUIT | CIVIL INFORMATION SHEET | **Electronically Filed**<br>**FIRST CIRCUIT**<br>**1CCV-24-0000905**<br>**09-JUL-2024**<br>**10:21 AM**<br>**Dkt. 1 CIS** |
|---|---|---|

**I (A). PLAINTIFF(S)**
MICHAEL L. MCCCLAIN

☐ Additional page(s) attached

**I (B). DEFENDANT(S)**
LYNNAE L.L. LEE, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD YIN SUNG LEE, ALSO KNOWN AS RICHARD Y.S. LEE AND RICHARD LEE

☐ Additional page(s) attached

**II.(A). PLAINTIFF'S(S') ATTORNEY (NAME/NUMBER)**
Branden T. Nakahara #11579

☐ Additional page(s) attached

**II.(B). DEFENDANT'S (S') ATTORNEY (NAME/NUMBER)**

☐ Additional page(s) attached

**III. NATURE OF SUIT**
- ☐ Contract
- ☐ Motor Vehicle Tort
- ☐ Assault & Battery
- ☐ Construction Defects
- ☐ Medical Malpractice
- ☐ Legal Malpractice
- ☐ Product Liability
- ☐ Other Non-Vehicle Tort
- ☐ Condemnation
- ☐ Foreclosure
- ☐ Agreement of Sale Foreclosure
- ☐ Agency Appeal
- ☐ Declaratory Judgment
- ☑ Other Civil Action
- ☐ Environmental Court
- ☐ Asbestos
- ☐ Consumer Debt Collection
- ☐ Quiet Title

**IV. ORIGIN**
- ☑ (A). Original Proceeding
- ☐ (B). Transfer from District Court CIV. NO. _____
- ☐ (C). Transfer from another Circuit CIV. NO. _____

**V. DEMAND**
Declartory relief

**VI. JURY DEMAND**
- ☐ YES
- ☑ NO

**VII. CLASS ACTION**
- ☐ YES
- ☑ NO

**VIII. REQUEST TO EXEMPT FROM ARBITRATION**
- ☑ YES
- ☐ NO

**IX. RELATED CASE(S)**
JUDGE _____
CIVIL NUMBER _____

| DATE | ATTORNEY NAME/PARTY NAME | SIGNATURE |
|---|---|---|
| 7/9/24 | Branden T. Nakahara | /s/ Branden T. Nakahara |

**RESERVED FOR COURT USE**
CIVIL NO.

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU-Phone No. 808-539-4400, TTY 808-539-4853, FAX, 539-4402; MAUI-Phone No. 808-244-2929, FAX 808-244-2777; HAWAII-Phone No. 808-961-7424, TTY 808-961-7422, FAX 808-961-7411; KAUAI-Phone No. 808-482-2365, TTY 808-482-2533, FAX 808-482-2509, at least ten (10) working days prior to your hearing or appointment date.

*(Rev. 08/__/21)*

CLEAR FORM