# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000905**
**09-JUL-2024**
**10:21 AM**
**Dkt. 3 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000905. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

**Case ID:** 1CCV-24-0000905
**Title:** Michael L. McClain v. Lynnae L.L. Lee, Personal Representative of the Estate of Richard Yin Sung Lee, Also Known As Richard Y.S. Lee and Richard Lee
**Filing Date / Time:** TUESDAY, JULY 9, 2024 10:21:19 AM
**Filing Parties:** Branden Nakahara
**Case Type:** Circuit Court Civil
**Lead Document(s):** 1-Civil Information Sheet
2-Complaint
**Supporting Document(s):**
**Document Name:** 1-CIVIL INFORMATION SHEET
2-COMPLAINT

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:
Branden T Nakahara *( Branden@nakaharalawoffice.com )*
The following parties need to be conventionally served:
Lynnae L.L. Lee

This filing type incurs a fee of $315.00. You must pay by credit card or in person.