**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000905
09-JUL-2024
10:21 AM
Dkt. 4 PYD**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAI`I

| McClain v. Lee | CASE NO. 1CCV-24-0000905 |
|---|---|
|  | PAYMENT DUE TO COURT |

### PAYMENT DUE TO COURT

Nakahara, Branden T owes the following fees:

$315.00   Complaint/Summons

The total amount due is $315.00. Make your payment to Circuit Court of the First Circuit, Attn: Cashier, 777 Punchbowl Street, Honolulu, HI, 96813 with this notice within ten (10) days of this notice.

If you do not pay the total amount due, your complaint will be dismissed or your document stricken.

> You may file a request that the court waive the filing fees. If the court does not grant your request, you must pay the filing fees.

Dated: July 9, 2024

/s/ Lori Ann Okita
Clerk of the Court