# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000905**
**09-JUL-2024**
**10:21 AM**
**Dkt. 5 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000905. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---|---|
| **Case ID:** | 1CCV-24-0000905 |
| **Title:** | McClain v. Lee |
| **Filing Date / Time:** | TUESDAY, JULY 9, 2024 10:21:20 AM |
| **Filing Parties:** | |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 4-Payment Due To Court |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:

Branden T Nakahara *( Branden@nakaharalawoffice.com )*

The following parties need to be conventionally served:

Lynnae L.L. Lee

This filing type incurs a fee of $315.00. You must pay by credit card or in person.