| STATE OF HAWAI'I CIRCUIT COURT OF THE FIRST CIRCUIT | SUMMONS TO ANSWER CIVIL COMPLAINT / |
|---|---|

| CASE NUMBER Civ. No. 1CCV-24-0000905 | **Electronically Filed FIRST CIRCUIT 1CCV-24-0000905 09-JUL-2024 10:27 AM Dkt. 6 SUMM** |
|---|---|
| PLAINTIFF'S NAME & ADDRESS, TEL. NO. MICHAEL L. MCCLAIN c/o Branden T. Nakahara #11579 98-1238 Kaahumanu St., Ste. 405 Pearl City, HI 96782 (808) 673-0742 | |

| PLAINTIFF MICHAEL L. MCCLAIN | VS. | DEFENDANT(S) LYNNAE L.L. LEE, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD YIN SUNG LEE, ALSO KNOWN AS RICHARD Y.S. LEE AND RICHARD LEE |
|---|---|---|

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to filed with the court and serve upon:

MICHAEL L. MCCLAIN
c/o Branden T. Nakahara #11579
98-1238 Kaahumanu St., Ste. 405
Pearl City, HI 96782
_____,
plaintiff, as indicated above/whose address is stated above, an Answer to the Complaint / _____, which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http:/www.courts.state.hi.us | **Effective Date of 1-DEC-2021 Signed by: /s/ Patsy Nakamoto Clerk, 1st Circuit, State of Hawai'i** |  |
|---|---|---|

 If you need an accommodation for a disability when participating in a court program, service, or activity, please contact the ADA Coordinator of the XX Circuit as soon as possible to allow the court time to provide an accommodation. Phone No. 808-539-4400, TTY 808-539-4853, FAX 808-539-4402 or Send an e-mail to: adarequest@courts.hawaii.gov. The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.


