1CCV-24-0000905
McClain v. Lee
Docket [8] Text Only Entry

| 8 | 07/09/2024 | New Case Assignment CASE ASSIGNED TO THE 4TH DIVISION, HONORABLE JOHN M TONAKI, JUDGE PRESIDING | | Michael L McClain - Plaintiff Lynnae L Lee - Defendant First Circuit Court 4th Division - Other |