FIRST CIRCUIT
STATE OF HAWAIʻI
RECEIPT

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000905
22-JUL-2024
03:24 PM
Dkt. 10 PY**

Case No:1CCV-24-0000905

**RECEIPT NO:266942**

RECEIVED FROM: Nakahara, Branden T

**22-JUL-2024**
**3:24 PM**

THE SUM OF: $315.00

DESCRIPTION: Payment by Credit Card

1. Complaint/Summons

| | |
|---|---:|
| ADMN- ADMIN_FEE | $50.00 |
| CIND- INDIGENT_SURCHARGE | $65.00 |
| V002- Complaint/Summons | $200.00 |

**TOTAL**                                                                                            **$315.00**

   /s/Court Document Clerk