| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST [✓] CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | **Electronically Filed**<br>**FIRST CIRCUIT**<br>**1CCV-24-0000905**<br>**13-SEP-2024**<br>**05:26 PM**<br>**Dkt. 11 RAS** |
|---|---|---|

CASE NUMBER

**1CCV-24-0000905**

CASE NAME

**Michael L. McClain v. Lynnae L.L. Lee, Personal Representative of the Estate of Richard Yin Sung Lee, Also Known as Richard Y.S. Lee and Richard Lee**

DOCUMENTS SERVED: 1) Complaint filed 7/9/24 [Dkt. No. 1]; and 2) Summons to Answer Civil Complaint filed 7/9/24 [Dkt. No. 6]

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on Lynnae L.L. Lee, Personal Representative OF THE ESTATE OF RICHARD YIN SUNG LEE (name of party) on SEP 03 2024 (date) at 11:35 a.m. (time) at 1620 ALA MOANA BLVD #510 Honolulu, HI 96815 (address) within the State of Hawai'i as follows:

❑ PERSONAL: By delivering to and leaving with _____, personally.

❑ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☒ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through LYNNAE L.L. LEE, authorized agent to receive service of process for said defendant.

❑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On _____ (name of business/corp/entity) by serving through _____ (name of person served), who is the _____ (position/title) and authorized agent of said Business/Corporation/Governmental Entity.

❑ GARNISHMENT: I served _____ (name of garnishee) through _____ (name of person served) who is authorized to accept service for the above-named garnishee.

❑ NOT FOUND: After due and diligent search and inquiry, I am unable to find _____ (name of party).

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST ☐ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

**1CCV-24-0000905**

CASE NAME

**Michael L. McClain v. Lynnae L.L. Lee, Personal Representative of the Estate of Richard Yin Sung Lee, Also Known as Richard Y.S. Lee and Richard Lee**

Attorney (Name, I.D. No., Address, Phone)

| Date | Sheriff/Police Officer (type or print) | Signature |
|---|---|---|
| SEP 0 3 2024 | Civil Process Server<br>Tammy Siko | [signature] |

| SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:<br><br>IN _____, HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |
|---|---|---|

**ACKNOWLEDGMENT OF SERVICE**

X  [signature] R Lee                              9/3/24          1133 AM
(signature of person served)                      (date)          (time)