# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000905
13-SEP-2024
05:26 PM
Dkt. 12 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000905. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000905 |
| **Title:** | Michael L. McClain v. Lynnae L.L. Lee, Personal Representative of the Estate of Richard Yin Sung Lee, Also Known As Richard Y.S. Lee and Richard Lee |
| **Filing Date / Time:** | FRIDAY, SEPTEMBER 13, 2024 05:26:43 PM |
| **Filing Parties:** | Branden Nakahara |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | 11-Service-Return/Acknowledgement |
| **Supporting Document(s):** | |
| **Document Name:** | 11-RETURN AND ACKNOWLEDGMENT OF SERVICE |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:

First Circuit Court 4th Division *( 4thdivision.1cc@courts.hawaii.gov )*

Branden T Nakahara *( Branden@nakaharalawoffice.com )*

The following parties need to be conventionally served:

Lynnae L.L. Lee