# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000905**
**23-SEP-2024**
**05:00 PM**
**Dkt. 14 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000905. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000905 |
| **Title:** | Michael L. McClain v. Lynnae L.L. Lee, Personal Representative of the Estate of Richard Yin Sung Lee, Also Known As Richard Y.S. Lee and Richard Lee |
| **Filing Date / Time:** | MONDAY, SEPTEMBER 23, 2024 05:00:59 PM |
| **Filing Parties:** | Lynnae Lee |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** |  |
| **Supporting Document(s):** | 13-ANSWER TO COMPLAINT |
| **Document Name:** | 13-Answer to Complaint |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:
First Circuit Court 4th Division *( 4thdivision.1cc@courts.hawaii.gov )*
Branden T Nakahara *( Branden@nakaharalawoffice.com )*
The following parties need to be conventionally served:
Lynnae L.L. Lee