# NOTICE OF ADDING PARTIES

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000905**
**24-SEP-2024**
**10:44 AM**
**Dkt. 16 NAP**

The Parties on Case Number 1CCV-24-0000905 have been updated. A Notice of Adding Parties was entered on the case, which may be reviewed through the Judiciary Electronic Filing System. Please monitor your email for future notices.

| | |
|---|---|
| **Case ID:** | 1CCV-24-0000905 |
| **Title:** | Michael L. McClain v. Lynnae L.L. Lee, Personal Representative of the Estate of Richard Yin Sung Lee, Also Known As Richard Y.S. Lee and Richard Lee |
| **Filing Date/Time:** | Tuesday, September 24, 2024 10:44 AM |
| **Name of Added Party:** | Lynnae Lai Lan Lee |

Disclaimer: Under Rule 10.4 of the Hawai`i Court Records Rules, unless authorized by a court, an attorney or any person or entity shall not use the JIMS/JEFS database to gain access to confidential information under seal or documents in cases in which the attorney or any person or entity is not a party or an attorney of record. Improper use of JIMS/JEFS to gain access to confidential records, documents, or records filed under seal or in-camera may subject the user to sanctions. Publicly available documents can be purchased through the court or eCourt Kokua.

This notification is being electronically mailed to:

Lynnae Lai Lan Lee ( llainfo@lla-hawaiilaw.com )

First Circuit Court 4th Division ( 4thdivision.1cc@courts.hawaii.gov )

Branden T Nakahara ( Branden@nakaharalawoffice.com )